IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**GARFIELD SPENCE,**

    Plaintiff                                   Case Number: 0:23-62152-RLR

**V.**

**6702-6852 Commons Tamarac, LLC.,**

    Defendant(s)

_____/

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, pursuant to FRCP 41(a)(1)(A)(i) hereby gives this Honorable Court notice of dismissal of this action with prejudice as to all Defendant(s) and, unless otherwise agreed, each party shall bear their own attorney's fees and costs.

                                                           Respectfully submitted,

Dated: December 12, 2023                        _/s/ Alberto R. Leal_.
                                                    Alberto R. Leal, Esq., P.A.
                                                    Florida Bar No.: 1002345
                                                    E-Mail: albertolealesq@gmail.com
                                                    Phone: 954-637-1868