UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-CV-62152-ROSENBERG

GARFIELD SPENCE,

    Plaintiff,

v.

6702-6852 COMMONS TAMARAC, LLC,

    Defendant.
_____/

## ORDER CLOSING CASE

This cause is before the Court on the Plaintiff's Stipulation of Dismissal at docket entry 9. In light of the fact that this case has been dismissed, it is

**ORDERED AND ADJUDGED**:

1. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

2. All pending motions are **DENIED AS MOOT** and all deadlines are terminated.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 14th day of December, 2023.

                                              _____
                                              ROBIN L. ROSENBERG
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record